# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Diane M. Hartman**                              Case No.  **19-16069/mdc**
                        Debtor(s)                       Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **November 22, 2019**, a copy of Amended Schedules A/B and Amended Statement of Financial Affairs was served electronically or by regular United States mail to the Trustee and parties isted below.

Diane M. Hartman
9842 Garvey Drive
Philadelphia, PA  19114

Electronic mail to:

William C. Miller, Chapter 13 Trustee

U.S. Trustee

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**