# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Diane M. Hartman**                                               Case No.   **19-16069/mdc**
                                          Debtor(s)                      Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2020, a copy of the Amended Chapter 13 Plan was served electronically or by regular United States mail to the Trustee and parties listed below.

Diane M. Hartman
9842 Garvey Dr.
Philadelphia, PA 19114

IRS
PO Box 7346
Philadelphia, PA 19101

Emergency Care Services of PA
PO Box 1123
Minneapolis, MN  55440-1123

Ashley Funding Services
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

City of Philadelphia
Water Revenue Bureau
Law Dept. Tax Unit
1401 JFK Blvd.
Philadelphia, PA 19102

Electronic mail to:

Rebecca Ann Solarz
on behalf of Nationstar Mortgage/Mr. Cooper

William C. Miller, Chapter 13 Trustee

U.S. Trustee

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242 Fax:215-725-8288**
**bealaw@verizon.net**