# United States Bankruptcy Court
### Eastern District of Pennsylvania

| | |
|---|---|
| In re  **Diane M. Hartman** | Case No.  **19-16069/mdc** |
| Debtor(s) | Chapter  **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2023 a copy of Debtor's Response to Motion for Relief of Nationstar Mortgage,LLC  was served electronically or by regular United States mail to the Trustee and parties listed below.

Regular mail to:

    Diane M. Hartman

    9842 Garvey Dr.
    Philadelphia, PA 19114

Electronic mail to:

    Marc A. Cronin
    on behalf of Nationstar Mortgage

    Denise Carlon
    on behalf of Nationstar Mortgage/d/b/a Mr. Cooper

    Christopher Craig Nicholas
    on behalf of Nationstar Mortgage, LLC

    Kenneth E. West,,  Chapter 13 Trustee

    U.S. Trustee

**/s/ Bradly E. Allen, Esquire**

**Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242 Fax:215-725-8288
bealaw@verizon.net**