# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re  Diane M. Hartman | Case No. | 19-16069/mdc |
| Debtor(s) | Chapter | 13 |

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2023 a copy of Debtor Education Financial Management Course Certificate was served electronically or by regular United States mail to the Trustee and parties listed below.

Regular mail to:

Diane M. Hartman
9842 Garvey Dr.
Philadelphia, PA 19114

Electronic mail to:

Kenneth E. West,, Chapter 13 Trustee

U.S. Trustee

/s/ Bradly E. Allen, Esquire

Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242 Fax:215-725-8288
bealaw@verizon.net