# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Diane M. Hartman**<br>　　　　　　　　　　　**Debtor(s)** | **BK NO. 19-16069 MDC** |
| **Nationstar Mortgage LLC**<br>　　　　　　　　　　　**Movant**<br>　　　vs. | **Chapter 13**<br><br>**Related to Claim No. 3-1** |
| **Diane M. Hartman**<br>　　　　　　　　　　　**Debtor(s)** | |
| **Kenneth E. West Esq.**,<br>　　　　　　　　　　　**Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 01, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Diane M. Hartman
9842 Garvey Drive
Philadelphia, PA 19114

Attorney for Debtor(s)
BRADLY E. ALLEN, ESQUIRE
7711 Castor Avenue, (VIA ECF)
Philadelphia, PA 19152

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: September 01, 2022

　　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz Esquire**
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com