**Fill in this information to identify the case:**

Debtor 1    Diane M Hartman

Debtor 2
(Spouse, if filing)
United States Bankruptcy Court for the: Eastern District of PA
                                                                (State)
Case number:  19-16069-mdc

Official Form 4100R

## Response to Final Cure Payment                                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor response to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
|---|---|

Name of Creditor:    **Nationstar Mortgage LLC**                Court Claim no. (if known)
                                                                 **3**
**Last 4 digits of any number you use to identify the debtor's account: XXXXXX2212**

Property address:    9842 Garvey Dr
                     Number        Street


                     Philadelphia, PA 19114
                     City              State    Zip Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default
on the creditor's claim.  Creditor asserts that the total prepetition amount remaining unpaid as of the date
of the response is:

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check One:*

☐ Creditor agrees that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of
the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor is on:  _____
                                                      MM/ DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5)
of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.


Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

a.  Total postpetition ongoing payments due:                          (a) $10,095.18 ($10,289.36
                                                                      less $194.18 suspense)

b.  Total fees, charges, expenses, escrow, and costs outstanding:     (b) $0.00

**c.  Total**. Add lines a and b.                                     (c) $10,095.18

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payments that first became
due on:                                       4/1/2023
                                              MM / DD / YYYY

| Debtor 1 | Diane M Hartman | | | Case number: | 19-16069-mdc |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:**                    **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

---

**Part 5:**                    **Sign Here**

The person completing this notice must sign it.  The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   */s/ Christopher A. DeNardo*                    Date:   10/26/2023
     Signature

**Print:**      Christopher A. DeNardo 78447                    Title: Attorney for and on behalf of Nationstar Mortgage LLC (as servicer for
                                                                          creditor)
             First Name      Middle Name      Last Name
Company    LOGS Legal Group LLP

Address    3600 Horizon Drive, Suite 150
             Number       Street
             King of Prussia, PA 19406
             City                        State   ZIP Code
Contact    (610) 278-6800                              Email  logsecf@logs.com
phone

---

## **Certificate of Service**

I hereby certify that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:  10/26/2023

Bradly E. Allen, Esquire
Law Offices of Bradly Allen
7711 Castor Avenue
Philadelphia, PA 19152

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Diane M Hartman
9842 Garvey Drive
Philadelphia, PA 19114

*/s/ Christopher A. DeNardo*

Christopher A. DeNardo 78447
Heather Riloff - 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

## Motion For Relief Information
### Post-Petition Ledger

| Filed By: | Diane M Hartman 0 | Payment Changes | | |
|---|---|---|---|---|
| Case Number: | 19-16069 | From Date | To Date | Total Amount |
| Filing Date: | 09/26/19 | 10/1/2019 | 9/1/2020 | $ 1,402.91 |
| | | 10/1/2020 | 9/1/2021 | $ 1,432.63 |
| Payments in POC: | $13,531.00 | 10/1/2021 | 9/1/2022 | $ 1,441.25 |
| First Post Due Date: | 10/01/19 | 10/1/2022 | 9/1/2023 | $ 1,463.64 |
| | | 10/1/2023 | | $ 1,507.52 |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Payment Applied (P&I and Escrow) | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAM BR Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | $ - | $ - |
| | | | | $ - | | | | $ - | $ - |
| 09/30/19 | $ 1,402.91 | 10/01/19 | $ 1,402.91 | $ - | | | | $ 1,402.91 | $ 1,402.91 |
| 10/01/19 | | | | $ - | $ 966.50 | $ 379.62 | | $ (1,346.12) | 56.79 |
| 11/01/19 | $ 1,417.91 | 11/01/19 | $ 1,402.91 | 15.00 | | | | $ 1,417.91 | 1,474.70 |
| 11/04/19 | | | | 15.00 | $ 966.50 | $ 379.62 | | $ (1,346.12) | 128.58 |
| 11/27/19 | $ 1,402.91 | 12/01/19 | $ 1,402.91 | 15.00 | | | | $ 1,402.91 | 1,531.49 |
| 12/31/19 | $ 1,402.91 | 01/01/20 | $ 1,402.91 | 15.00 | | | | $ 1,402.91 | 1,588.28 |
| 01/02/20 | | | | 15.00 | $ 966.50 | $ 379.62 | | $ (1,346.12) | 242.16 |
| 01/31/20 | $ 1,402.91 | 02/01/20 | $ 1,402.91 | 15.00 | | | | $ 1,402.91 | 1,645.07 |
| 02/03/20 | | | | 15.00 | $ 966.50 | $ 379.62 | | $ (1,346.12) | 298.95 |
| 02/28/20 | $ 1,402.91 | 03/01/20 | $ 1,402.91 | 15.00 | | | | $ 1,402.91 | 1,701.86 |
| 02/29/20 | | | | 15.00 | $ 966.50 | $ 379.62 | | $ (1,346.12) | 355.74 |
| 03/31/20 | $ 1,402.91 | 04/01/20 | $ 1,402.91 | 15.00 | | | | $ 1,402.91 | 1,758.65 |
| 04/01/20 | | | | 15.00 | $ 966.50 | $ 379.62 | | $ (1,346.12) | 412.53 |
| 04/30/20 | $ 1,402.91 | 05/01/20 | $ 1,402.91 | 15.00 | | | | $ 1,402.91 | 1,815.44 |
| 05/01/20 | | | | 15.00 | $ 966.50 | $ 379.62 | | $ (1,346.12) | 469.32 |
| 06/01/20 | $ 402.91 | | | 417.91 | | | | 402.91 | 872.23 |
| 07/01/20 | $ 1,402.91 | 06/01/20 | $ 1,402.91 | 417.91 | | | | $ 1,402.91 | 2,275.14 |
| 07/02/20 | | | | 417.91 | $ 966.50 | $ 379.62 | | $ (1,346.12) | 929.02 |
| 07/31/20 | $ 1,402.00 | 07/01/20 | $ 1,402.91 | 417.00 | | | | $ 1,402.00 | 2,331.02 |
| 08/03/20 | | | | 417.00 | $ 966.50 | $ 379.62 | | $ (1,346.12) | 984.90 |
| 08/31/20 | $ 1,402.00 | 08/01/20 | $ 1,402.91 | 416.09 | | | | $ 1,402.00 | 2,386.90 |
| 09/01/20 | | | | 416.09 | $ 966.50 | $ 379.62 | | $ (1,346.12) | 1,040.78 |
| 09/30/20 | $ 1,432.63 | 09/01/20 | $ 1,402.91 | 445.81 | | | | $ 1,432.63 | 2,473.41 |
| 10/01/20 | | | | 445.81 | $ 966.50 | $ 379.62 | | $ (1,346.12) | 1,127.29 |
| 10/31/20 | $ 1,432.63 | 10/01/20 | $ 1,432.63 | 445.81 | | | | $ 1,432.63 | 2,559.92 |
| 11/11/20 | | | | 445.81 | $ 966.50 | $ 379.62 | | $ (1,346.12) | 1,213.80 |
| 11/30/20 | $ 1,432.63 | 11/01/20 | $ 1,432.63 | 445.81 | | | | $ 1,432.63 | 2,646.43 |
| 12/01/20 | | | | 445.81 | $ 966.50 | $ 379.62 | | $ (1,346.12) | 1,300.31 |
| 12/21/20 | | | | 445.81 | | | | $ - | 1,300.31 |
| 12/31/20 | $ 1,402.91 | 12/01/20 | $ 1,432.63 | 416.09 | | | | $ 1,402.91 | 2,703.22 |
| 01/04/21 | | | | 416.09 | $ 966.50 | $ 436.41 | | $ (1,402.91) | 1,300.31 |
| 01/29/21 | $ 1,432.63 | 01/01/21 | $ 1,432.63 | 416.09 | | | | $ 1,432.63 | 2,732.94 |
| 01/31/21 | | | | 416.09 | $ 966.50 | $ 436.41 | | $ (1,402.91) | 1,330.03 |
| 02/26/21 | $ 1,432.63 | 02/01/21 | $ 1,432.63 | 416.09 | | | | $ 1,432.63 | 2,762.66 |
| 02/28/21 | | | | 416.09 | $ 966.50 | $ 436.41 | | $ (1,402.91) | 1,359.75 |
| 03/02/21 | | | | 416.09 | | | | $ - | 1,359.75 |
| 03/31/21 | $ 1,432.63 | 03/01/21 | $ 1,432.63 | 416.09 | | | | $ 1,432.63 | 2,792.38 |
| 04/01/21 | | | | 416.09 | $ 966.50 | $ 436.41 | | $ (1,402.91) | 1,389.47 |
| 04/21/21 | | | | 416.09 | | | | $ - | 1,389.47 |
| 04/30/21 | $ 1,432.63 | 04/01/21 | $ 1,432.63 | 416.09 | | | | $ 1,432.63 | 2,822.10 |
| 05/03/21 | | | | 416.09 | $ 966.50 | $ 436.41 | | $ (1,402.91) | 1,419.19 |
| 05/28/21 | $ 1,432.63 | 05/01/21 | $ 1,432.63 | 416.09 | | | | $ 1,432.63 | 2,851.82 |
| 05/31/21 | | | | 416.09 | $ 966.50 | $ 436.41 | | $ (1,402.91) | 1,448.91 |
| 06/21/21 | | | | 416.09 | $ 966.50 | $ 436.41 | | $ (1,402.91) | 46.00 |
| 06/30/21 | $ 1,432.63 | 06/01/21 | $ 1,432.63 | 416.09 | | | | $ 1,432.63 | 1,478.63 |
| 07/01/21 | | | | 416.09 | $ 966.50 | $ 436.41 | | $ (1,402.91) | 75.72 |
| 07/30/21 | $ 1,432.63 | 07/01/21 | $ 1,432.63 | 416.09 | | | | $ 1,432.63 | 1,508.35 |
| 07/31/21 | | | | 416.09 | $ 966.50 | $ 436.41 | | $ (1,402.91) | 105.44 |
| 08/23/21 | | | | 416.09 | | | | $ - | 105.44 |
| 08/31/21 | $ 1,432.63 | 08/01/21 | $ 1,432.63 | 416.09 | | | | $ 1,432.63 | 1,538.07 |
| 09/01/21 | | | | 416.09 | $ 966.50 | $ 466.13 | | $ (1,432.63) | 105.44 |
| 09/30/21 | $ 509.00 | | | 925.09 | | | | 509.00 | 614.44 |
| 10/01/21 | | | | 925.09 | | | | $ - | 614.44 |
| 10/29/21 | $ 752.20 | 09/01/21 | $ 1,432.63 | 244.66 | | | | 752.20 | 1,366.64 |
| 10/31/21 | | | | 244.66 | $ 966.50 | $ 466.13 | | $ (1,432.63) | (65.99) |
| 11/30/21 | $ 752.58 | | | 997.24 | | | | 752.58 | 686.59 |
| 12/01/21 | | | | 997.24 | | | | $ - | 686.59 |
| 12/30/21 | $ 752.57 | 10/01/21 | $ 1,441.25 | 308.56 | | | | 752.57 | 1,439.16 |
| 12/31/21 | | | | 308.56 | $ 966.50 | $ 466.13 | | $ (1,432.63) | 6.53 |
| 01/31/22 | $ 722.58 | | | 1,031.14 | | | | 722.58 | 729.11 |
| 02/02/22 | | | | 1,031.14 | | | | $ - | 729.11 |
| 02/28/22 | $ 1,441.25 | 11/01/21 | $ 1,441.25 | 1,031.14 | | | | $ 1,441.25 | 2,170.36 |

| Date | $ | Date | $ | $ | $ | $ | $ | $ | $ |
|---|---|---|---|---|---|---|---|---|---|
| 03/01/22 | | | | 1,031.14 | 966.50 | 466.13 | | (1,432.63) | 737.73 |
| 03/31/22 | 782.58 | 12/01/21 | 1,441.25 | 372.47 | | | | 782.58 | 1,520.31 |
| 04/01/22 | | | | 372.47 | 966.50 | 466.13 | | (1,432.63) | 87.68 |
| 04/29/22 | 33.90 | | | 406.37 | | | | 33.90 | 121.58 |
| 04/30/22 | | | | 406.37 | | | | - | 121.58 |
| 05/31/22 | | | | 406.37 | | | | - | 121.58 |
| 05/31/22 | 790.00 | | | 1,196.37 | | | | 790.00 | 911.58 |
| 06/30/22 | 1,441.25 | 01/01/22 | 1,441.25 | 1,196.37 | | | | 1,441.25 | 2,352.83 |
| 07/01/22 | | | | 1,196.37 | 966.50 | 466.13 | | (1,432.63) | 920.20 |
| 07/29/22 | 1,441.25 | 02/01/22 | 1,441.25 | 1,196.37 | | | | 1,441.25 | 2,361.45 |
| 07/31/22 | | | | 1,196.37 | 966.50 | 474.75 | | (1,441.25) | 920.20 |
| 08/30/22 | | | | 1,196.37 | | | | - | 920.20 |
| 09/30/22 | 800.00 | 03/01/22 | 1,441.25 | 555.12 | | | | 800.00 | 1,720.20 |
| 10/03/22 | | | | 555.12 | 966.50 | 474.75 | | (1,441.25) | 278.95 |
| 10/31/22 | 1,000.00 | 04/01/22 | 1,441.25 | 113.87 | | | | 1,000.00 | 1,278.95 |
| 11/01/22 | | | | 113.87 | | | | - | 1,278.95 |
| 11/30/22 | 1,463.64 | 05/01/22 | 1,441.25 | 136.26 | | | | 1,463.64 | 2,742.59 |
| 12/01/22 | | | | 136.26 | 966.50 | 474.75 | | (1,441.25) | 1,301.34 |
| 12/28/22 | | | | 136.26 | | | | - | 1,301.34 |
| 12/30/22 | 1,432.00 | 06/01/22 | 1,441.25 | 127.01 | | | | 1,432.00 | 2,733.34 |
| 12/31/22 | | | | 127.01 | 966.50 | 474.75 | | (1,441.25) | 1,292.09 |
| 01/31/23 | 1,463.64 | 07/01/22 | 1,441.25 | 149.40 | | | | 1,463.64 | 2,755.73 |
| 02/01/23 | | | | 149.40 | 966.50 | 474.75 | | (1,441.25) | 1,314.48 |
| 02/28/23 | 1,463.64 | 08/01/22 | 1,441.25 | 171.79 | | | | 1,463.64 | 2,778.12 |
| 03/01/23 | | | | 171.79 | 966.50 | 474.75 | | (1,441.25) | 1,336.87 |
| 03/01/23 | | | | 171.79 | 966.50 | 474.75 | | (1,441.25) | (104.38) |
| 03/21/23 | | | | 171.79 | | | | - | (104.38) |
| 03/31/23 | 1,463.64 | 09/01/22 | 1,441.25 | 194.18 | | | | 1,463.64 | 1,359.26 |
| 04/03/23 | | | | 194.18 | 966.50 | 474.75 | | (1,441.25) | (81.99) |
| 04/28/23 | 1,463.64 | 10/01/22 | 1,463.64 | 194.18 | | | | 1,463.64 | 1,381.65 |
| 04/30/23 | | | | 194.18 | 966.50 | 497.14 | | (1,463.64) | (81.99) |
| 05/17/23 | | | | 194.18 | | | | - | (81.99) |
| 05/31/23 | 1,463.64 | 11/01/22 | 1,463.64 | 194.18 | | | | 1,463.64 | 1,381.65 |
| 06/02/23 | | | | 194.18 | 966.50 | 497.14 | | (1,463.64) | (81.99) |
| 06/21/23 | | | | 194.18 | 966.50 | 497.14 | | (1,463.64) | (1,545.63) |
| 06/30/23 | 1,463.64 | 12/01/22 | 1,463.64 | 194.18 | | | | 1,463.64 | (81.99) |
| 07/03/23 | | | | 194.18 | 966.50 | 497.14 | | (1,463.64) | (1,545.63) |
| 07/31/23 | 1,463.64 | 01/01/23 | 1,463.64 | 194.18 | | | | 1,463.64 | (81.99) |
| 08/01/23 | | | | 194.18 | 966.50 | 497.14 | | (1,463.64) | (1,545.63) |
| 08/23/23 | | | | 194.18 | 966.50 | 497.14 | | (1,463.64) | (3,009.27) |
| 08/31/23 | 1,463.64 | 02/01/23 | 1,463.64 | 194.18 | | | | 1,463.64 | (1,545.63) |
| 09/01/23 | | | | 194.18 | 966.50 | 497.14 | | (1,463.64) | (3,009.27) |
| 09/29/23 | 1,463.64 | 03/01/23 | 1,463.64 | 194.18 | | | | 1,463.64 | (1,545.63) |
| 09/30/23 | | | | 194.18 | 966.50 | 497.14 | | (1,463.64) | (3,009.27) |
| | | | | 194.18 | | | | - | (3,009.27) |
| | | | | 194.18 | | | | - | (3,009.27) |
| | | | | 194.18 | | | | - | (3,009.27) |
| | | | | 194.18 | | | | - | (3,009.27) |
| | | | | 194.18 | | | | - | (3,009.27) |
| | | | | 194.18 | | | | - | (3,009.27) |
| | | | | 194.18 | | | | - | (3,009.27) |
| | | | | 194.18 | | | | - | (3,009.27) |
| | | | | 194.18 | | | | - | (3,009.27) |
| | | | | 194.18 | | | | - | (3,009.27) |
| | | | | 194.18 | | | | - | (3,009.27) |
| | | | | 194.18 | | | | - | (3,009.27) |
| | | | | 194.18 | | | | - | (3,009.27) |
| | | | | 194.18 | | | | - | (3,009.27) |
| | | | | 194.18 | | | | - | (3,009.27) |
| | | | | 194.18 | | | (3,758.99) | 3,758.99 | 749.72 |
| | | | | 194.18 | | | 749.72 | (749.72) | 0.00 |
| | | | | 194.18 | | | | - | 0.00 |
| | | | | 194.18 | | | | - | 0.00 |
| | | | | 194.18 | | | | - | 0.00 |
| | | | | 194.18 | | | | - | 0.00 |